IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02121-MJW

IOULIA BARNARD,

Plaintiff,

v.

JEPPESEN SANDERSON, INC., a Delaware corporation, and
RICHARD GALLAHER, in his individual capacity,

Defendants.

**ORDER SETTING SCHEDULING/PLANNING CONFERENCE AND SETTING
DEADLINE FOR FILING OF PILOT PROGRAM CONSENT FORM**

Entered by U.S. Magistrate Judge Michael J. Watanabe

The above-captioned case has been directly assigned to Magistrate Judge Michael J. Watanabe pursuant to the Pilot Program to Implement the Direct Assignment of Civil Cases to Full Time Magistrate Judges. The parties are expected to become familiar with the Pilot Program (see Docket No. 3-2).

**IT IS HEREBY ORDERED that on or before September 11, 2014, the parties shall complete and file the Pilot Program Consent Form (see Docket No. 3-2), indicating either unanimous consent of the parties or that consent has been declined. Please note that this date is earlier than the default deadlines.**

IT IS FURTHER ORDERED that a Scheduling/Planning Conference pursuant to Fed.R.Civ.P.16(b) shall be held on:

> September 25, 2014, at 2:30 p.m.
> in Courtroom A-502,
> Fifth Floor,
> Alfred A. Arraj U.S. Courthouse,
> 901 19th Street,
> Denver, Colorado 80294

If this date is not convenient for any counsel/pro se party, he/she should confer with opposing counsel/pro se party and **file a motion** to reschedule the conference to a more convenient date.

**Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained <u>unless a motion is filed no less than FIVE (5) business days in advance of the date of appearance.</u>**

<u>THE PLAINTIFF SHALL NOTIFY ALL PARTIES WHO HAVE NOT ENTERED AN APPEARANCE OF THE DATE AND TIME OF THE SCHEDULING CONFERENCE.</u>

IT IS FURTHER ORDERED that counsel/pro se parties in this case shall hold a pre-scheduling conference meeting and prepare a proposed Scheduling Order in accordance with Fed. R. Civ. P. 26(f) and D.C.COLO.LCivR 16.1 and 26.1(a) on or before <u>21 days prior to scheduling conference</u>.  Pursuant to Fed. R. Civ. P. 26(d) no discovery shall be sought until after the pre-scheduling conference meeting.  No later than five (5) business days prior to the Scheduling/Planning Conference, counsel/pro se parties shall file their proposed Scheduling Order **(in PDF)** in compliance with the ECF Filing Procedures.  In addition, on or before fourteen (14) days after the pre-scheduling conference meeting, the parties shall comply with the mandatory disclosure requirements of Fed. R. Civ. P. 26(a)(1).

Counsel/pro se parties shall prepare the proposed Scheduling Order as provided in D.C.COLO.LCivR 16.1 in accordance with the form and instructions which may be found through the links in D.C.COLO.LCivR 16.2 and 26.1(a).  Parties who are unrepresented and do not have access to the internet may visit the Clerk's Office in Alfred A. Arraj U.S. Courthouse,  901 19th Street, Room A-105, Denver, Colorado.  (The telephone number is (303) 844-3433.)  Scheduling Orders prepared by parties not represented by counsel, or without access to ECF, shall be submitted on paper.

All out-of-state counsel shall comply with D.C.COLO.LAttyR 3(a) prior to the Scheduling/Planning Conference.  It is the responsibility of counsel to notice the court of their entry of appearance, notice of withdrawal, or notice of change of counsel's address, e-mail address, or telephone number by complying with the ECF Procedures and filing the appropriate motion or document with the court.

Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification and be subject to security procedures.  <u>See</u> D.C.COLO.LCivR 83.2.  Failure to comply with the identification requirement and security procedures will result in denial of entry into the Alfred A. Arraj United States Courthouse.

DONE AND SIGNED THIS 31st DAY OF JULY, 2014.

BY THE COURT:
s/Michael J. Watanabe
MICHAEL J. WATANABE
United States Magistrate Judge