IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02121-MJW

IOULIA BARNARD,

Plaintiff,

v.

JEPPESEN SANDERSON, INC., a Delaware corporation, and
RICHARD GALLAHER, in his individual capacity,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion for Administrative Closure or, in the Alternative, Motion to Stay Proceedings (docket no. 6) is GRANTED IN PART AND DENIED IN PART.  The motion (docket no. 6)  is GRANTED as to Administrative Closure finding good cause shown.  The motion (docket no. 6) is DENIED as to Staying the Proceedings.  This case shall be administratively closed pursuant to D.C.COLO.LCivR 41.2.

It is FURTHER ORDERED that the Rule 16 Scheduling Conference set on September 25, 2014 at 2:30 p.m. is VACATED.

Date: August 26, 2014