IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02121-MJW

IOULIA BARNARD,

Plaintiff,

v.

JEPPESEN SANDERSON, INC., a Delaware corporation, and
RICHARD GALLAHER, in his individual capacity,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

•        Plaintiff's Unopposed Motion to Lift Administrative Closure Under
         D.C.Colo.LCivR 41.2 (Docket No. 9) is DENIED without prejudice; and

•        Attorney Diane King's Unopposed Motion to Withdraw as Counsel of
         Record Under D.C.Colo.LAttyR 5(b) (Docket No. 10) is GRANTED.  Diane
         S. King is withdrawn as counsel for Plaintiff in this case.  The Clerk is
         directed to remove Ms. King from electronic notification, and to add the
         following address as Plaintiff's address of record:

                  Peterson, Rosenberg PLLC
                  Personal Representative for the Estate of Ioulia K. Barnard
                  2038 Vermont Dr., Suite 203
                  Fort Collins, CO 80525

Date: February 11, 2015